No. 152. ROBERT M. PURCELL ET AL., PLAINTIFFS IN ERROR, *v.* QUAKER REALTY COMPANY, LIMITED. In error to the Supreme Court of the State of Louisiana. Argued and submitted January 7, 1916. Decided January 10, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Castillo* v. *McConnico*, 168 U. S. 674; *De Bearn* v. *Safe Deposit Co.*, 233 U. S. 24, 34; *McDonald* v. *Oregon Navigation Co.*, 233 U. S. 665, 669–670; (2) *Ross* v. *Oregon*, 227 U. S. 150, 161; *Moore-Mansfield Co.* v. *Electrical Co.*, 234 U. S. 619, 624; *Wil-*

*loughby* v. *Chicago,* 235 U. S. 45; *Cleveland &. Pittsburgh R. R.* v. *Cleveland,* 235 U. S. 50. *Mr. E. Howard McCaleb* for the plaintiffs in error. *Mr. William Winans Wall* for the defendant in error.